JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EAGLE PROPCO 6 LLC,<br><br>　　　　　Defendant. | **Case No. SACV23-00203 DFM**<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

　　　On February 22, 2023, Plaintiff filed a Notice of Settlement [Dkt. 8], indicating that the case has been resolved. Based thereon, the Court hereby orders all proceedings in this case stayed pending final settlement.

　　　It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause within **thirty (30) days**, to reopen the action if settlement is not consummated.

　　　The parties shall file a stipulation for dismissal no later than **April 7, 2023**. If no dismissal is filed, the Court deems the matter dismissed at that time.

The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action.

Dated: March 9, 2023

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge

2